IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE EQUAL RIGHTS CENTER, et al., | * | |
| | * | |
| v. | * | Civil Case No. JFM-09-3157 |
| | * | |
| ABERCROMBIE & FITCH CO., et. al., | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 29th day of November 2010

ORDERED

1. Defendant's motion to dismiss is granted in part and denied in part; and

2. Plaintiffs are granted leave to file a second amended complaint on or before December 20, 2010 as to the claims this court is dismissing.

/s/
J. Frederick Motz
United States District Judge