IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, et al., | * |
| v. | *   Civil Case No. JFM-09-3157 |
| ABERCROMBIE & FITCH CO., et. al., | * |

## ORDER

For the reasons stated in the accompanying Memorandum, it is, this 31st day of January 2011, ORDERED

1. Plaintiffs' Motion for Reconsideration (Doc. 51) is granted; and

2. ERC's claim asserted in Count Two is reinstated.

/s/
J. Frederick Motz
United States District Judge