UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| THE EQUAL RIGHTS CENTER, *et al.* | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:09-cv-03157 (JFM) |
| ABERCROMBIE & FITCH CO., *et al*, | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO EXCEED TEN DEPOSITIONS, OR IN THE ALTERNATIVE, TO BAR PLAINTIFFS' RELIANCE ON UNDEPOSED CLAIMANTS, AND TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES

Defendants respectfully move this Court, pursuant to Federal Rule of Civil Procedure 30(a)(2), for leave to exceed ten depositions and, pursuant to Federal Rule of Civil Procedure 16(b)(4), to modify the Court's scheduling order by extending the discovery and dispositive motion deadlines by forty-five days. In support of this motion, Defendants are filing the accompanying Memorandum in Support of Defendants' Motion to Exceed Ten Depositions, or In the Alternative, to Bar Plaintiffs' Reliance on Undeposed Claimants, and to Extend Discovery and Dispositive Motion Deadlines, which is incorporated herein by reference.

**Rule 104.7 Certificate:**

Pursuant to Local Rule 104.7, on February 22, 2012, counsel for Defendants, Mark A. Knueve, requested that Plaintiffs' counsel agree to: (1) an extension of the fact discovery deadline, (2) an extension of the deadline for filing dispositive motions, and (3) relieve Defendants of the ten-deposition limit. On February 27, 2012, Plaintiffs' counsel

1

stated that they would not agree to these requests.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' Motion to Exceed Ten Depositions, or In the Alternative, to Bar Plaintiffs' Reliance on Undeposed Claimants, and to Extend Discovery and Dispositive Motion Deadlines.

Respectfully Submitted,

Steven R. Becker (Federal Bar no. 07951)
Vorys, Sater, Seymour and Pease LLP
1909 K Street NW, 9th Floor
Washington, D.C. 20006

Thomas B. Ridgley
Mark A. Knueve
Richard T. Miller
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street,
P.O. Box 1008
Columbus, OH 43216-1008

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2012, I caused a true and correct copy of Defendants' MOTION TO EXCEED TEN DEPOSITIONS, OR IN THE ALTERNATIVE, TO BAR PLAINTIFFS' RELIANCE ON UNDEPOSED CLAIMANTS, AND TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES and the Memorandum in support thereof to be filed through the Court's electronic filing (ECF) system. Service of this filing to all parties will be accomplished by operation of the Court's ECF system upon:

>Crystal N. Y'Barbo
>Christine N. Roushdy
>Vinson & Elkins LLP
>2200 Pennsylvania Avenue, NW
>Suite 500 West
>Washington, D.C. 20037
>Telephone: (202) 639-6500
>Fax: (202) 879-8861
>E-mail: cybarbo@velaw.com
>        croushdy@velaw.com
>
>E. Elaine Gardner
>Washington Lawyers' Committee for Civil Rights and Urban Affairs
>11 Dupont Circle, N.W.; Suite 400
>Washington, D.C. 20036
>Telephone: (202) 319-1000
>Facsimile: (202) 319-1010
>Elaine_Gardner@washlaw.org

_____
Steven R. Becker