IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| THE EQUAL RIGHTS CENTER, et al., | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 1:09-cv-03157 JFM |
| ABERCROMBIE & FITCH CO., et al., | : |
| Defendants. | : |

## JOINT STATUS REPORT

Defendants, Abercrombie & Fitch Co., Abercrombie & Fitch Stores, Inc., and J. M. Hollister, LLC (collectively "Defendants") and Plaintiffs The Equal Rights Center and Rosemary Ciotti (collectively "Plaintiffs"), in accordance with the Court's request entered on March 14, 2012 [Doc. No. 94], file the following Joint Status Report and state as follows:

1. Status of Discovery.

Plaintiffs have completed discovery. Plaintiffs deposed six witnesses, including three party witnesses, two non-party witnesses, and one expert witness, all noticed within the discovery period established by the Court.[1] Plaintiffs produced the two party witnesses Defendants requested for deposition, as well as Plaintiffs' expert witness. Plaintiffs also coordinated the depositions of four additional non-party witnesses requested by Defendants within the discovery period established by the Court. Plaintiffs served both initial and rebuttal expert disclosures, and timely propounded and responded to written discovery requests.

---

[1] All but one of these depositions was likewise taken within the discovery period. The deposition of Defendants' expert witness, John Salmen, was scheduled well within the discovery period to occur approximately one week following the close of discovery. This was done by agreement of the parties because Mr. Salmen was unavailable for a full-day deposition during the month of February.

On February 29, 2012, Defendants filed a Motion to Exceed Ten Depositions, or in the Alternative, to Bar Plaintiff's Reliance on Undeposed Claimants, and to Extend Discovery and Dispositive Motion Deadlines ("Motion to Exceed Ten Depositions"). [Doc. 87]. Plaintiffs filed their Response in Opposition on March 19, 2012. [Doc. 95]. Defendants have completed written discovery and though they have conducted the depositions of a few of the non-party claimants who were mentioned in the Second Amended Complaint, they seek to depose the remaining eleven claimants or, in the alternative, exclude them. Consequently, as addressed in Defendants' Motion to Exceed Ten Depositions, Defendants seek a 45-day extension of the discovery deadline in which to complete the foregoing depositions. Defendants' reply brief is due to be filed by April 2, 2012.

2. <u>Dispositive Motions.</u>

Because both parties intend to file summary judgment motions, pursuant to Local Rule 105.2(c), counsel agree that Plaintiffs will file the initial motion.

On or before the Court's April 13, 2012 deadline for filing dispositive motions, Plaintiffs intend to file a motion requesting partial summary judgment on the grounds that the entrances at some of Defendants' stores violate Title III of the ADA and related state statutes.

Defendants intend to file a motion for summary judgment on some or all of Plaintiffs' claims on the ground that they lack standing as to some or all of the stores identified in the Second Amended Complaint and on the ground that some or all of the Plaintiffs' claims are rendered moot because of changes made to the stores. Defendants seek a 45-day extension of the dispositive motion deadline, which is currently set for April 13, 2012, as requested by their Motion to Exceed Ten Depositions.

3. Trial Date.

The parties agree that it is not necessary to set a trial or pretrial date until after the Court rules on the dispositive motions filed in this case.

4. Settlement.

The parties have not had recent settlement discussions, but believe that further discussions could be useful.

Respectfully Submitted,

| | |
|---|---|
| Crystal N. Y'Barbo (Bar No. 18256) | Steven R. Becker (Federal Bar no. 07951) |
| William E. Lawler, III | Vorys, Sater, Seymour and Pease LLP |
| Vinson & Elkins LLP | 1909 K Street NW, 9th Floor |
| 2200 Pennsylvania Avenue, NW | Washington, D.C. 20006 |
| Suite 500 West | Telephone: (202) 467-8800 |
| Washington, D.C. 20037 | Fax: (202) 467-8900 |
| Telephone: (202) 639-6500 | E-mail: srbecker@vorys.com |
| Fax: (202) 879-8861 | |
| E-mail: cybarbo@velaw.com | Thomas B. Ridgley* |
|     wlawler@velaw.com | Mark A. Knueve* |
| | Richard T. Miller* |
| E. Elaine Gardner* | Angela J. Rapp* |
| Washington Lawyers' Committee for Civil Rights and Urban Affairs | Vorys, Sater, Seymour and Pease LLP |
| 11 Dupont Circle, N.W.; Suite 400 | 52 East Gay Street, P.O. Box 1008 |
| Washington, D.C. 20036 | Columbus, OH 43216-1008 |
| Telephone: (202) 319-1000 | Telephone: (614) 464-6387 |
| Fax: (202) 319-1010 | Fax: (614) 719-4808 |
| E-Mail: Elaine_Gardner@washlaw.org | E-mail: tbridgley@vorys.com |
| *admitted pro hac vice |     maknueve@vorys.com |
| |     rtmiller@vorys.com |
| **ATTORNEYS FOR PLAINTIFFS** | *admitted pro hac vice |
| | **ATTORNEYS FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 28, 2012, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system. Service of the filing to all parties, including those listed below, will be accomplished by operation of the Court's ECF system:

Crystal N. Y'Barbo
William E. Lawler, III
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6500
Fax: (202) 879-8861
cybarbo@velaw.com
wlawler@velaw.com

E. Elaine Gardner
Washington Lawyers' Committee for Civil Rights and Urban Affairs
11 Dupont Circle, N.W.
Suite 400
Washington, D.C. 20036
Telephone: (202) 319-1000
Facsimile: (202) 319-1010
Elaine_Gardner@washlaw.org

*Counsel for Plaintiffs*

Steven R. Becker

US 1331271v.2

4

3/22/2012 13470399 V.2