# UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 5, 2012

MEMO TO COUNSEL RE: The Equal Rights Center v. Abercrombie & Fitch Co., et al.
Civil No. JFM-09-3157

Dear Counsel:

      I have reviewed the memoranda submitted in connection with defendants' motion to exceed ten depositions. The motion (document 87) is granted. I am persuaded that under the usual circumstances of this case, the additional depositions sought by defendants should be taken. To the extent necessary to do so, the discovery deadline is extended to allow the depositions to be taken.

      Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge